# *Exhibit A*



# The Crone Law Firm
*Employment Law*

December 26, 2018

**VIA CERTIFIED U.S. MAIL:**

Cash America Central, Inc.
c/o Reg. Agent – Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

    RE: Shirod Cousin v. Cash America Central, Inc. – Case No. 01-18-0004-0298

TO WHOM IT MAY CONCERN:

    Please see enclosed Civil Warrant No. 1959891 regarding the above-referenced case. Please contact our office with any questions.

                            Sincerely,

                            Amanda Garland

AG/mg

Enclosure: Civil Warrant No. 1959891

GENERAL SESSIONS CIVIL
NOV 20 '18 PM 4:06

# State of Tennessee, County of Shelby

CIVIL WARRANT NO. 1950891

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

| Cash America Central, Inc. | First Cash, Inc. | |
|---|---|---|
| Defendant | Defendant | Defendant |
| C/o Reg Agent - Corporation Service Company 2908 Poston Ave., Nashville, TN 37203 | C/o Reg Agent - Corporation Service Company 211 E. 7th Street, Suite 620, Austin, TX 78701 | |
| Address | Address | Address |

on DAY Tuesday   DATE February 12,   20 18   TIME 1:30 PM   A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) Mr. Shirod Cousin

for unpaid wages for all hours worked over forty (40) in a given workweek in violation of the Fair Labor Standards Act, 29 U.S.C. Section 203 et seq.

under $25,000.00 Dollars
Issued this _____ day of _____ 20 ___

**EDWARD L. STANTON, JR., Clerk**
of General Sessions Court   Code No. _____

By _____
Deputy Clerk

Atty. For Plft. Laura Ann E. Bailey
Address   88 Union Avenue, 14th Floor, Memphis, TN 38103
Phone   901-737-7740

B.P.R. No. 027078

## JUDGMENT

_____ Judgment for _____

_____ and Cost of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20 ___

_____ Judge of Division

## SERVICE

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| This _____ day of _____ 20 ___ | This _____ day of _____ 20 ___ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****

****AND NOTICE TO DEFENDANT(S)****

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| This _____ day of _____ 20 ____ | This _____ day of _____ 20 ____ |
| **Sheriff/Process Server** | **Sheriff/Process Server** |

## NOTICE

### TO THE DEFENDANT (S):

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court.
The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:_____

**For Assistance in accessing the Courthouse:**
**(901) 222-2341**

CERTIFIED MAIL



The Crone Law Firm
Employment Law

88 Union Avenue
Memphis, TN 38103



7016 2070 0000 6419 0450



$6.67
US POSTAGE
FIRST-CLASS
062S0009761571
38103

Cash America Central, Inc.
c/o Corporation Service Company
2908 Poston Avenue
Nashville TN 37203

37203-131208