```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| SHIROD COUSIN,<br><br>    Plaintiff,<br><br>v.<br><br>CASH AMERICA CENTRAL, INC.<br>and FIRST CASH, INC.,<br><br>    Defendants. | No. 2:19-cv-2052-SHL-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed January 22, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Rule 41(A)(ii) Stipulation of Dismissal (ECF No. 8) filed February 26, 2019, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 26, 2019
Date